IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–03010–MSK–KMT

CORRI DITTIMUS a-k-a DERRICK ANDERSON,

    Plaintiff,

v.

MS. BOND, Program Director, Individual and Official Capacities, and
MR. LA LONDE, Case Management Supervisor, Individual and Official Capacities,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Motion for Discovery Pursuant to F.R.Civ.P. Rules 26(b)(1) and 34(a)(1)(A) and (B)"[1] (Doc. No. 20, filed Feb. 4, 2013) is DENIED. Pursuant to Fed. R. Civ. P. 26(a)(1)(B)(iv), *pro se* actions brought by individuals in the custody of the United States, a state, or a state subdivision are a category of proceedings "exempt from initial disclosure." Additionally, the local rules of this court provide that a scheduling order and orders for discovery are unnecessary in categories of proceedings listed in Fed. R. Civ. P. 26(a)(1)(B). D.C.COLO.LCivR 16.2.B.2. This court declines to allow discovery prior to the entry of a scheduling order or discovery order. A preliminary scheduling conference will be set after Defendants have filed an answer to Plaintiff's complaint.

Dated: February 5, 2013

---

[1] The court notes that Plaintiff's Motion features the wrong caption. Any future motion featuring the incorrect caption may be stricken. D.C.COLO.LCivR 10.1J.