IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–03010–MSK–KMT

CORRI DITTIMUS a-k-a DERRICK ANDERSON,

      Plaintiff,

v.

MS. BOND, Program Director, Individual and Official Capacities, and
MR. LA LONDE, Case Management Supervisor, Individual and Official Capacities,

      Defendants.

## ORDER RESETTING PRELIMINARY SCHEDULING CONFERENCE

      The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by Chief District Judge Marcia S. Krieger, pursuant to the Order of Reference dated January 14, 2013.  *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

      It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **March 11, 2014,** at **9:45 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

      The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 30th day of December, 2013.

BY THE COURT:

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge