IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-03010-MSK-KMT

CORRI DITTIMUS, a/k/a Derrick Anderson,

　　Plaintiff,

v.

MS. BOND, Program Director, in her individual and official capacities; and
MR. LA LONDE, Case Management Supervisor, in his individual and official capacities,

　　Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss, With Prejudice (Motion) **(#89)** dated March 11, 2014. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiff against Defendants Ms. Bond, Program Director, in her individual and official capacities, and Mr. La Londe (correctly known as "LaLonde", Case Manager Supervisor, in his individual and official capacities, are hereby dismissed, with prejudice, each party to bear his, her or its own costs and fees.

DATED this 11th day of March, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_Marcia S. Krieger_

　　　　　　　　　　　　　　　　　　Marcia S. Krieger
　　　　　　　　　　　　　　　　　　United States District Court